

**IT IS ORDERED as set forth below:**

**Date: June 17, 2015**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION

IN RE:  DEREK LEROY McSMITH,   }  CHAPTER 13
                               }
        DEBTOR(S)               }  CASE NO. A15-53684-BEM
                               }
                               }  JUDGE ELLIS-MONRO
```

<u>**ORDER**</u>

This Chapter 13 case came before the Court on Debtor's *Motion to Alter the Dismissal Order* (Doc.No.58) filed pro se May 22, 2015. At the call of the calendar, appearances were made by the Debtor, Derek L. McSmith, pro se, and counsel for the Chapter 13 Trustee, Sonya M. Buckley. There was no opposition to the motion announced at the call of the calendar by any other parties in interest. The Debtor, pro se, and the undersigned agreed that the Debtor will have until the close of business,

**Tuesday, June 30, 2015**, to perform the following: (a) amend and file the Chapter 13 plan and (b) tender a plan payment to the Chapter 13 Trustee's office pursuant to the terms of the amended and filed plan.  It is hereby

**ORDERED** that the Debtor's Motion to Alter the Dismissal Order is **GRANTED**.  It is further

**ORDERED** that if the Debtor complies with the agreed upon terms by the deadline as set forth, the undersigned, on behalf of the Chapter 13 Trustee, will file a notice rescheduling the Meeting of Creditors and Confirmation hearings.  If the Debtor fails to comply with the agreed upon terms, the undersigned may submit a Trustee's Supplemental Report requesting that the case be dismissed without further notice or hearing.

The Clerk of Court shall serve a copy of this Order to Debtor, pro se, the Chapter 13 Trustee and all other parties in interest.

**END OF DOCUMENT**

Order Presented By:

_____/s/_____
Sonya M. Buckley, Staff Attorney
Mary Ida Townson
Standing Chapter 13 Trustee
GA Bar No.: 140987
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com