**IT IS ORDERED as set forth below:**



**Date: September 3, 2015**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION


IN RE:     DEREK LEROY MCSMITH,   }   CHAPTER 13
                                  }
           DEBTOR.                }   CASE NO. A15-53684-BEM
                                  }
                                  }   JUDGE ELLIS-MONRO
```

**ORDER**

This Chapter 13 case came before the Court on September 1, 2015, on notice to the Debtor and other parties in interest on the Trustee's objections to confirmation of the Debtor's Chapter 13 plan. Present at the hearing were counsel for the Chapter 13 Trustee, Albert Guthrie and the Debtor, Derek Leroy McSmith, pro se.

After considering the record of this case and the arguments of the parties, it is ordered that the Trustee's objections to confirmation are **SUSTAINED** and the case is **DISMISSED**.

```
Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia  30303-1740
(404) 525-1110
```
albertg@atlch13tt.com

The Clerk of Court shall serve a copy of this Order on the Debtor, pro se, Chapter 13 Trustee and all parties in interest.

END OF DOCUMENT

Presented by:

_____/s/_____
Albert C Guthrie, Esq.
for the Chapter 13 Trustee
GA Bar No.: 142399

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia  30303-1740
(404) 525-1110
albertg@atlch13tt.com

```
                     UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                            ATLANTA DIVISION


     IN RE:  DEREK LEROY MCSMITH,         {   CHAPTER 13
                                          {
                                          {
             DEBTOR                       {   CASE NO. A15-53684-BEM
                                          {
                                          {
                                          {   JUDGE ELLIS-MONRO
```

**DISTRIBUTION LIST**

```
MARY IDA TOWNSON
CHAPTER 13 TRUSTEE
SUITE 2200
191 PEACHTREE STREET, NE
ATLANTA, GA  30303-1740

DEREK LEROY MCSMITH
6852 TARA OAKS DRIVE
RIVERDALE, GA 30274

DEBTOR PRO SE
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia  30303-1740
(404) 525-1110
albertg@atlch13tt.com